SIVYER STEEL CASTING COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and others, Respondents.

*November 4, 1935—February 4, 1936.*

For the appellants there was a brief by *Otjen & Otjen* of Milwaukee, and oral argument by *C. J. Otjen.*

For the respondent Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

For the respondent Dziedzic there was a brief by *Joseph A. Padway,* attorney, and *L. A. Tarrell* of counsel, both of Milwaukee, and oral argument by *Mr. Tarrell.*

For the respondent Employers Mutual Liability Insurance Company there was a brief by *Quarles, Spence & Quarles,* attorneys, and *Kenneth Grubb* and *Jefferson D. Burrus* of counsel, all of Milwaukee, and oral argument by *Mr. Grubb.*

The following opinion was filed December 3, 1935:

FAIRCHILD, J.  The employee was exposed to silica dust, but he suffered no disability such as described in the Workmen's Compensation Act as it stood at the time of his discharge.  This brings the case within the rule of *North End Foundry Co. v. Industrial Comm.* 217 Wis. 363, 258 N. W. 439, and *Motor Castings Co. v. Industrial Comm.* 219 Wis. 204, 262 N. W. 577.  There being no wage loss or compensable disability due to an occupational disease, the award may not stand.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment setting aside the award.

A motion for a rehearing was denied, without costs, on February 4, 1936: